**STATEMENT OF FACTS**

1.      On June 11, 2026, at approximately 2006 hours near Minnesota Avenue and 31st Street Southeast, Washington, D.C., United States Park Police ("USPP") Officers Piccardo and Rosenthal were responding to a stolen vehicle call with their lights and sirens activated near Randle Circle and Minnesota Avenue Southeast, Washington, D.C.

2.      While responding to the initial stolen vehicle call, USPP Officers Piccardo and Rosenthal observed a Silver Hyundai Kona with temporary plate number T2151707 ("Suspect Vehicle") abruptly and rapidly accelerate across a double yellow line, travel into an oncoming lane of traffic, and run a red light. The driver, and sole occupant, of the Suspect Vehicle (later identified as Demond ROBINSON) proceeded to drive at a high rate of speed, weaving in and out of traffic, and causing multiple near collisions.

3.      In response to ROBINSON'S erratic and unexcepted maneuvers while driving the Suspect Vehicle, USPP initiated a pursuit of the Suspect Vehicle with their lights and sirens still activated. As ROBINSON approached the intersection of Pennsylvania Avenue Southeast from Minnesota Avenue Southeast, he traveled down a one-way traffic lane into oncoming traffic. At the intersection of Pennsylvania Avenue Southeast and Minnesota Avenue Southeast, ROBINSON crashed into a white Lexus Sedan on the driver's side, rear passenger door, causing substantial damage and sending the vehicle's driver to the hospital.



*Photo of White Lexus Sedan*

4.      ROBINSON continued his flight in the Suspect Vehicle after the initial collision into the white Lexus, however, he quickly crashed the Suspect Vehicle again, hitting the front of a white charter bus at the same intersection.



*Image of Suspect Vehicle (circled), the White Lexus Sedan, and White Charter Bus.*



*The Suspect Vehicle Struck Two Vehicles and the Driver was Apprehended Around the Red Circle.*

5.      After crashing into the white charter bus, ROBINSON bailed out of the Suspect Vehicle and attempted to flee on foot. At approximately 20:16:26, ROBINSON ran around the white charter bus towards an occupied and running blue Ford sedan that was located behind the white charter bus. ROBINSON attempted to open the Ford sedan's front passenger door, however he was unsuccessful.



*Demond Robinson Attempting to Open an Occupied Vehicle's Door.*

6.      After failing to open the Ford sedan's passenger door, ROBINSON ran to the median of Pennsylvania Avenue Southeast and voluntarily surrendered to law enforcement. At

approximately 20:19:53, ROBINSON voluntarily identified himself as Demond Robinson.

7.      USPP officers conducted a National Crime Information Center ("NCIC") check on ROBINSON and learned that he had an active warrant for aggravated assault with a weapon. ROBINSON also was not licensed to operate a vehicle.

8.      Law enforcement conducted a search incident to arrest of ROBINSON's person and discovered a car window punch, the Suspect Vehicle's key, and $185 cash.

9.      Law enforcement conducted a search of the Suspect Vehicle. Within the vehicle, law enforcement found a black satchel in the passenger seat within arm's reach of the driver's seat of the Suspect Vehicle.



*Black Satchel in Passenger Seat of Suspect Vehicle*

10.      Within the black satchel, law enforcement discovered a flashlight, what appears to be a hard-drive, keys, and a loaded silver and black Glock 48 9mm semiautomatic pistol bearing serial number BLUN759. One round of ammunition was chambered and nine additional rounds of 9mm Luger Flex Tip eXpanding rounds were loaded into the magazine.

4



***Photo of Firearm Recovered from the Black Satchel in the Passenger Seat of the Suspect Vehicle.***



***Photo of Recovered Glock 48 9mm***

11.     USPP conducted an NCIC query on the recovered firearm's serial number. On October 12, 2024, the firearm was reported stolen by the Prince Georges County Police Department.

5

12. During the search of the Suspect vehicle, law enforcement also recovered from the front passenger side of the vehicle an open bottle of Lunazul tequila. In the center counsel, USPP recovered suspected THC wax and marijuana.

 

***Photo of Tequila and Suspected THC Wax***

13. The Suspect Vehicle is registered to an identified 25-year-old woman whose registered address is in Washington, D.C. and whose connection to ROBINSON is unknown at this time.

### ***Demond Robinson's Criminal History***

14. A criminal history check showed that ROBINSON was previously convicted of the following offenses:

    a. In 2022, ROBINSON was convicted in District of Columbia Case Number 2022 FD3 003451 and 2022 CF2 003450 of Assault with a Dangerous Weapon (firearm) and Unlawful Possession of a Firearm and sentenced to 14 months incarceration with three years' supervised release.

    b. In 2018, ROBINSON was convicted in District of Columbia Case Number 2018 CF3 011737 of Robbery and Unauthorizes Use of a Vehicle and sentenced to 40 months incarceration with three years' supervised release.

15. Accordingly, ROBINSON would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing

the firearm and ammunition.

16.     Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

17.     In summary, your affiant submits that there is probable cause to charge Demond ROBINSON with a violation of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Special Agent Najla Muhammad
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Subscribed and sworn by phone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 20, 2026.

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE